UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL C. SHORT, | Case No. C13-2183-MJP |
| Plaintiff, | ORDER REMANDING CASE FOR AWARD OF BENEFITS |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court, after careful consideration of the plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration for the purpose of awarding benefits.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 14th day of November, 2014.

Marsha J. Pechman
Chief United States District Judge

ORDER
PAGE - 1